**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re:<br>Think Retail Solutions, LLC,<br>Debtor | )<br>)<br>)<br>) | CASE NO. 15-56153-mgd<br>CHAPTER 7 |
| Robert Trauner, as Plaintiff for the Estate of Think Retail Solutions, LLC Under Chapter 7 of the Bankruptcy Code; and, as applicable, as Plaintiff for the Estate of Tammy P. Simpson Under Chapter 7 of the Bankruptcy Code<br>Plaintiff,<br>vs.<br>Angela Carter,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY PROCEEDING NO.<br>17-05086-mgd |

CERTIFICATE OF SERVICE

I hereby certify that I am, and at all times hereinaftermentioned was, more than 18 years of age; that on the 7th day of April, 2017 I served a copy of the following:

(1) the Summons in the Adversary Action; and

(2) the Complaint filed with the Court on March 30, 2017

by First Class Mail, postage prepaid, to the parties as shown:

Angela Carter
2891 Dresden Way
Atlanta, GA 30341

I certify that under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 7th day of April, 2017.

/s/ W. Russell Patterson, Jr.
William Russell Patterson, Jr.
Attorney for Plaintiff
Georgia Bar No. 566920

Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30303-1629
(404)588-0500
Fax No. (404) 523-6714
E-mail: wrpjr@rbspg.com